No. 74–5011.   HAMLIN, AKA DAVIS v. UNITED STATES.
C. A. 4th Cir.   Certiorari denied.

No. 74–5037.   FERRI v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 74–5088.   GREGORIO v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 74–5100.   QUIROZ-SANTI v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 74—5111.   MILLER v. VIRGINIA.   C. A. 4th Cir.
Certiorari denied.

No. 74–5147.   SMITH v. CENTRAL LOS ANGELES
HEALTH PROJECT.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–5151.   JEFFERSON v. CALIFORNIA.   Ct. App.
Cal., 2d App. Dist.   Certiorari denied.

No. 74–5152.   SMITH v. KELLER, CORRECTIONAL SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 74–5156.   HURD v. MARSHAL OF RIVERSIDE
COUNTY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–5158.   MONROE v. NEW YORK.   App. Div.,
Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 74–5165.   STEINBERG v. UNITED STATES.   C. A.
6th Cir.   Certiorari denied.

No. 74–5168.   WILLIAMS v. DANA CORP.   C. A. 6th
Cir.   Certiorari denied.

No. 74–5169.   WARREN v. AARON, WARDEN.   C. A. 7th
Cir.   Certiorari denied.